Friday, July 01, 2011

Mr. David S. Morales
Office of the Attorney General of Texas
Deputy First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Mr. William Gerow Christian
Graves Dougherty Hearon & Moody, PC
401 Congress Ave., Suite 2200
Austin, TX 78701

RE: Case Number: 09-0530
 Court of Appeals Number: 03-08-00516-CV
 Trial Court Number: D-1-GN-07-004116

Style: TEXAS DEPARTMENT OF PUBLIC SAFETY
 v.
 COX TEXAS NEWSPAPERS, L.P., AND HEARST NEWSPAPERS, L.L.C.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Medina and Justice Willett not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Joseph R. Larsen |